# STATE OF LOUISIANA
## COURT OF APPEAL, FIRST CIRCUIT

KATRINA ROBERTSON,
INDIVIDUALLY, AND JODI
ROBERTSON, ON BEHALF OF HIS
MINOR CHILD, BROOKLYNN
ROBERTSON

VERSUS

THOMAS A. RYAN AND USAA
CASUALTY INSURANCE COMPANY

NO. 2020 CW C289

**MAY 1 2 2020**

In Re:   USAA   Casualty   Insurance   Company,   applying   for
supervisory writs, 19th Judicial District Court, Parish
of East Baton Rouge, No. 682975.

BEFORE: McDONALD, THERIOT, AND CHUTZ, JJ.

WRIT DENIED.

MRT
WRC

**McDonald, J.,** dissents and would grant the writ.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT